
MEMO ENDORSED

# GILBERT KELLY
Gilbert, Kelly, Crowley & Jennett LLP

1013 Galleria Boulevard, Suite 205
Roseville, California 95678-1363
(916) 472-3311 Fax: (213) 615-7100

MAILING ADDRESS:
550 South Hope Street, 22nd Floor
Los Angeles, California 90071-2627

PLEASE REFER TO FILE: 18124-00003 ALD

DOCUMENT ID: 4149613.1

EMAIL: cfn@gilbertkelly.com
www.gilbertkelly.com

October 24, 2016

The application is  X  granted.
                      denied.

Nelson S. Román, U.S.D.J.
Dated: Oct. 25, 2016
White Plains, New York 10601

Attorney Diesch granted leave to appear via telephone at Pre-Motion Conf. on Nov. 3, 2016 by calling the Court's conference line: 914-390-4082. All future appearances before Judge Román must be in-person.

**VIA FACSIMILE**

The Honorable Nelson S. Román
United States District Court for the Southern District of New York
United States Courthouse
300 Quarropas Street
Courtroom 218
White Plains, NY 10601

Re:  *Petrosino v. Stearn's Products, Inc.*
     Case No. 7:16-cv-7735-NSR
     Request for Telephone Appearance at Pre-Motion Conference

Dear Judge Román:

We represent Stearn's Products, Inc. in the above referenced matter. I write to request permission to appear via telephone at the Pre-Motion Conference set for November 3, 2016 at 10:00 a.m.

Local counsel Joshua D. Anders and I are co-lead counsel on this matter for Stearn's. While Mr. Anders has the specific knowledge and expertise of New York civil practice, I have represented Stearn's as its California counsel for a number of years, and thus have greater familiarity with Stearn's business practices, its products and formulations, and the facts of the case. Moreover, I am able to provide specific details relevant to the motion to dismiss, which is the subject of the Pre-Motion Conference.

Unfortunately, I have a conflict with the November 3 date which makes it difficult to travel to New York for the in-person conference. Specifically, I am a liaison member of NSF International's Council of Public Health Consultants and am scheduled to speak at its annual conference in Ann Arbor, Michigan that same day. Accordingly, I would greatly appreciate being able to appear via telephone at the conference. In addition, Mr. Anders will appear in person.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2016

Los Angeles    San Francisco    Sacramento    San Diego

The Honorable Nelson S. Román
October 24, 2016
Page 2

Thank you for your consideration.

Very truly yours,

GILBERT, KELLY, CROWLEY & JENNETT LLP

*[signature]*

ANGELA L. DIESCH

cc: (via email):
Joshua D. Anders, Esq. (Counsel for Defendant)
Jason P. Sultzer, Esq. (Counsel for Plaintiff)
Joseph Lipari, Esq. (Counsel for Plaintiff)