UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH PETROSINO, *individually on behalf of herself and others similarly situated,*<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>STEARN'S PRODUCTS, INC. D/B/A DERMA E®,<br><br>　　　　　　　　Defendant. | Case No.: 7:16-cv-07735-NSR<br><br>**NOTICE OF MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION BY STEARN'S PRODUCTS, INC.** |

TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** Defendant Stearn's Products, Inc. ("SPI"), will, and hereby does, move the Court before the Honorable Nelson S. Román, United States District Judge for the United States District Court for the Southern District of New York, at the United States Court House, Courtroom 218, 300 Quarropas Street, White Plains, New York 10601, at a date and time to be determined by the Court, for an Order dismissing Plaintiff Elizabeth Petrosino's Second Amended Class Action Complaint (the "SAC") as to those claims brought on behalf of putative class members located outside the forum state of New York on the grounds that the Court lacks personal jurisdiction over SPI as to claims alleged in the SAC on behalf of putative class members residing outside the State of New York.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, SPI relies upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Barbara Roll, and accompanying exhibits, any reply memorandum, the pleadings and files in this action, and such other matters as may be presented at or before the hearing.

**PLEASE TAKE FURTHER NOTICE** that counsel for SPI hereby requests oral argument.

Date: June 22, 2018                                          Respectfully submitted,


                                                             s/ Gavin J. Rooney


                                                             GAVIN J. ROONEY
                                                             NAOMI D. BARROWCLOUGH
                                                             LOWENSTEIN SANDLER LLP
                                                             1251 Avenue of the Americas
                                                             New York, New York 10020
                                                             Phone: (212) 262-6700
                                                             Fax: (212) 262-7402
                                                             grooney@lowenstein.com
                                                             nbarrowclough@lowenstein.com

                                                             ANGELA L. DIESCH (PRO HAC)
                                                             STEPHEN E. PAFFRATH (PRO HAC)
                                                             DIESCH FORREST, APC
                                                             2207 Plaza Drive, Suite 300
                                                             Rocklin, CA 95765
                                                             Phone: (916) 740-6470
                                                             Fax: (916) 740-6460
                                                             angela@dieschforrestlaw.com
                                                             stephen@dieschforrestlaw.com

                                                             *Attorneys for Defendant Stearn's Products, Inc. d/b/a Derma e®*