UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH PETROSINO, *individually on behalf of herself and others similarly situated,*<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STEARN'S PRODUCTS, INC. D/B/A DERMA E®,<br>　　　　　　Defendant. | Case No.: 7:16-cv-07735-NSR<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on this, the 22nd day of June, 2018, I caused one copy of (1) Defendant's Notice of Motion to Dismiss the Second Amended Complaint; (2) Memorandum of Law in Support of Motion to Dismiss Second Amended Complaint; (3) Declaration of Barbara Roll in Support of Motion to Dismiss Second Amended Complaint; and (4) this Certificate of Service to be served via e-mail upon:

    Gavin J. Rooney, Esq.
    Lowenstein Sandler LLP
    1251 Avenue of the Americas
    New York, New York 10020
    grooney@lowenstein.com

    Naomi Barrowclough
    Lowenstein Sandler LLP
    1251 Avenue of the Americas
    New York, New York 10020
    nbarrowclough@lowenstein.com

    Melissa S. Weiner, Esq.
    Halunen Law
    1650 IDS Center
    80 South 8th Street
    Minneapolis, MN 55402
    weiner@halunenlaw.com

1

Adam Gonnelli, Esq.
The Sultzer Law Group PC
85 Civic Center Plaza, Suite 104
Poughkeepsie, New York 12601
gonnellia@thesultzerlawgroup.com

Amy Boyle, Esq.
Halunen Law
1650 IDS Center
80 South 8th Street
Minneapolis, MN 55402
boyle@halunenlaw.com

Jason P. Sultzer, Esq.
The Sultzer Law Group PC
85 Civic Center Plaza, Suite 104
Poughkeepsie, New York 12601
sultzerj@thesultzerlawgroup.com

Joseph Lipari, Esq.
The Sultzer Law Group PC
85 Civic Center Plaza, Suite 104
Poughkeepsie, New York 12601
liparij@thesultzerlawgroup.com

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

Dated: June 22, 2018

_____
JENNIFER CHASTAIN